Kathryn Tassinari
Mark Manning
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ERIC DAVID MORTON, | ) | |
| | ) | Case No. 3:10-cv-06345-MO |
| Plaintiff, | ) | |
| | ) | ORDER APPROVING PLAINTIFF'S |
| | ) | MOTION FOR ATTORNEY FEES |
| vs. | ) | PURSUANT TO 42 U.S.C. §406(b) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having

no objection, Order is hereby granted in the sum of $11,085.88 for attorney fees pursuant to 42

U.S.C. §406(b). The Commissioner shall deduct an administrative assessment under 42 USC

§406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this  18  day of  April , 2013.

/s/Michael W. Mosman
U. S. District Court Judge

PRESENTED BY:
s/ Kathryn Tassinari
Kathryn Tassinari
Of Attorneys for Plaintiff


PLAINTIFF'S BRIEF IN SUPPORT OF COMPLAINT FOR REVIEW - 1